UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES LIGHTFOOT,

    Plaintiff,

v.                                   CASE NO. 3:22-cv-1269-HES-MCR

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.
_____/

## O R D E R

This matter is before this Court on the parties' "Joint Notice of Resolution" (Dkt. 18). This pleading explains the parties have settled this matter.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of January 2023.

```
_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE
```

Copies to:
Fred A. Cunningham, Esq.
Matthew Christ, Esq.
John W. Weihmuller, Esq.
Scott E. Damon, Esq.