UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES LIGHTFOOT,
    Plaintiff,

v.                            CASE NO. 3:22-cv-1269-HES-MCR

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,
    Defendant.
_____/

**ORDER**

This matter is before this Court on the "Joint Stipulation for Dismissal with Prejudice of all Claims Against State Farm" (Dkt. 20).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41, the "Joint Stipulation for Dismissal with Prejudice of all Claims Against State Farm" (Dkt. 20) is **GRANTED**, and this action is dismissed with prejudice; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of April 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Fred A. Cunningham, Esq.
Matthew Christ, Esq.
John W. Weihmuller, Esq.
Scott E. Damon, Esq.